PROB 12A
(NYEP-6/15/07)

ANTON

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 17 2011 ★
BROOKLYN OFFICE

## United States District Court
### for
### Eastern District of New York
### Report on Offender Under Supervision

Name of Offender: **James Outerie**          Case Number: **08-CR-76(JBW) & 06-CR-815**

Name of Sentencing Judicial Officer: **The Honorable Jack B. Weinstein, Senior U.S. District Judge**

Date of Original Sentence: **December 5, 2008**

Original Offense:   **Racketeering Conspiracy, 18 USC 1962(d), a Class C felony (2 Counts)**

Original Sentence: **33 months custody, 3 years supervised release, $100 special assessment fee, with a search condition**

Type of Supervision: **Supervised release**   Date Supervision Commenced: **June 25, 2010**

---

### NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| 1. | Commission of state crimes |



U.S. Probation Officer Action:

On October 20, 2011, the offender was arrested by investigators from the New York State Organized Crime Task Force and charged with Enterprise Corruption, a Class B felony, Promoting Gambling in the First Degree, a Class E felony, and Conspiracy in the Fifth Degree, a Class A misdemeanor. Following his arraignment, the offender posted bail in the amount of $7,500 and was released. He is scheduled to appear back in Kings County Criminal Court on December 8, 2011.

According to a copy of the indictment, the offender played a lead, managerial role in a large scale off-shore sports betting/bookmaking ring run by alleged members/associates of the Gambino Crime Family from May 1, 2010, until February 28, 2011. He was named in 20 counts of the 28-count indictment.

At this time, we recommend that no action be taken against the offender, as we would like to closely monitor the progress of these pending charges. Since his release from custody in June 2010, the offender has been otherwise complaint. He has resided with his fiancé, his 14-year old step-daughter, and his 3 year old daughter in a private home located on Staten Island. Furthermore, as the sole supporter of the household, he has worked as a salesman for A-1 Dental Laboratory in Brooklyn, earning approximately $2,500 per month since his release. Please advise us of your decision below.

Respectfully submitted by,

Robert W. Anton
Senior U.S. Probation Officer
Date: October 26, 2011

Approved by,

Elizabeth Daly
Supervising U.S. Probation Officer
Date: October 26, 2011

THE COURT ORDERS:

☒ No Action   Supervise closely
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Signature of Judicial Officer

11/3/11
Date